BENJAMIN HARRIS, Respondent, *v.* FANNIE J. SCOTT, Appellant.

*Harris v. Scott*, 113 App. Div. 890, affirmed.
(Submitted January 26, 1909; decided February 9, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial depart-

ment, entered June 9, 1906, which affirmed a judgment of the Monroe County Court affirming a judgment of the Municipal Court of the city of Rochester in favor of plaintiff in an action to recover commissions alleged to have been earned as real estate broker.

*Wilbur F. Osborn* for appellant.

*George W. Thomas* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.